UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JIMMY WALKER,<br><br>　　　　　Respondent. | Case No. CV 07-1616 DDP(JC)<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

　　　IT IS SO ADJUDGED.

　　　DATED: March 27, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE